AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| Matthew Martin | ) Case: 1:21-mj-00388 |
| DOB: XXXXXX | ) Assigned To : Faruqui, Zia M. |
|  | ) Assign. Date : 04/20/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |

18 U.S.C. § 1752(a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,

18 U.S.C. § 1752(a)(2)- Disorderly Conduct Which Impedes the Conduct of Government Business,

40 U.S.C. § 5104(e)(2)(D)- Disruptive Conduct in the Capitol Buildings,

40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in the Capitol Buildings.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Taylor Travis, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __04/20/2021__                                _____
*Judge's signature*

City and state:         Washington, D.C.              Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*