AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00388 |
| Matthew Martin | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 04/20/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     **Matthew Martin**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2)- Disorderly Conduct Which Impedes the Conduct of Government Business;
40 U.S.C. § 5104(e)(2)(D)- Disruptive Conduct in the Capitol Buildings;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in the Capitol Buildings.

Date: 04/20/2021                                                           2021.04.20 18:43:37 -04'00'
                                                                           *Issuing officer's signature*

City and state:     Washington, D.C.                    Zia M. Faruqui, U.S. Magistrate Judge
                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/20/2021, and the person was arrested on *(date)* 4/22/2021
at *(city and state)* Santa Fe, New Mexico, FBI office.

Date: 4/22/2021
                                                                        *Arresting officer's signature*

                                        Special Agent Travis Taylor
                                                *Printed name and title*