IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,                    CASE NO. 1:21-MJ-00388

vs.

MATTHEW MARTIN,

        Defendant.

### ENTRY OF APPEARANCE

Dan Cron Law Firm, P.C., by Dan Cron and Kitren Fischer, enters its appearance in the above-captioned matter on behalf of Defendant Matthew Martin.

Respectfully submitted,

DAN CRON LAW FIRM, P.C.

_____
DAN CRON
KITREN FISCHER
425 Sandoval Street
Santa Fe, New Mexico 87501
(505) 986-1334
dan@cronlawfirm.com
kitren@cronlawfirm.com

Attorneys for Matthew Martin

### Certificate of Service

I hereby certify that on the 8th day of June, 2021 I caused to be served a true copy of the foregoing Entry of Appearance to Mary Lyle Dohrmann, U.S. Attorney's Office for the District of Columbia, via e-filing and email mary.dohrmann@usdoj.gov.

_____
DAN CRON LAW FIRM, P.C.