## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-394 (TNM) |
| | : | |
| **MATTHEW MARTIN,** | : | |
| **Defendant.** | : | |

## [PROPOSED] ORDER

Upon consideration of the Joint Motion to Continue Status Hearing, it is this _____ day of December, 2021, HEREBY ORDERED that:

- The Motion is GRANTED;

- The status hearing currently scheduled for December 17, 2021, is CONTINUED to January _____, 2022; and

- The interests of justice outweigh the defendant and the public's interest in a speedy trial such that the time from December 17, 2021, to January _____, 2022, shall be excluded under the Speedy Trial Act.

SO ORDERED.

_____
HON. TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE