IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,                              CASE NO. 21-CR-394 (TNM)

vs.

MATTHEW MARTIN,

        Defendant.

## NOTICE UNDER RULE 12(b)4(B) AND RULE 16

Pursuant to Rule 12(b)4(B) and Rule 16 of the Federal Rules of Criminal Procedure, Matthew Martin hereby requests notice of the government's intent to use (in its evidence-in-chief at trial) any evidence that the defendant may be entitled to discover under Rule 16.

Respectfully submitted,

DAN CRON LAW FIRM, P.C.

/s/ Dan Cron
DAN CRON
Bar ID: NM007
425 Sandoval Street
Santa Fe, New Mexico 87501
(505) 986-1334
dan@cronlawfirm.com

Attorneys for Matthew Martin

## Certificate of Service

I hereby certify that on the 28th day of January, 2021 I caused to be served a true copy of the foregoing Notice Under Rule 12(b)4(B) and Rule 16 to Mary Lyle Dohrmann, U.S. Attorney's Office for the District of Columbia, via e-filing and email mary.dohrmann@usdoj.gov.

/s/ Dan Cron
DAN CRON LAW FIRM, P.C.