# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 21-CR-394 (TNM)** |
| | : | |
| **v.** | : | |
| | : | |
| **MATTHEW MARTIN,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney John Crabb, Jr., is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

*/s/ John Crabb, Jr.*
JOHN CRABB, JR.
Assistant United States Attorney
Chief, Criminal Division
N.Y. Bar No. 2367670
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20001
(202) 252-1794
john.d.crabb@usdoj.gov