CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | Criminal Case No.: 21-cr-394 (TNM) |
| | ) | |
| MATTHEW MARTIN | ) | |
| | ) | |
| | ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____          Date: 4/5/22

Trevor N. McFadden

United States District Judge