| Government | ✔ | | United States | | |
|---|---|---|---|---|---|
| Plaintiff | ☐ | | VS. | | Criminal No. <u>21-CR-394 (TNM)</u> |
| Defendant | ☐ | | Matthew Martin | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

## GOVERNMENT'S EXHIBIT LIST

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| | **00-99 Series: Physical Evidence** | | | | |
| 1 | Camouflage Baseball Cap with Orange Lettering | 4/5/22 | 4/5/22 | Travis Taylor | |
| 2 | "Trump / Pence 2020" Flag | 4/5/22 | 4/5/22 | | |
| 3 | Flagpole | 4/5/22 | 4/5/22 | Travis Taylor | |
| 4 | Red "Trump" Mask | 4/5/22 | 4/5/22 | | |
| 5 | Black Leather Jacket | 4/5/22 | 4/5/22 | | |
| | | | | | |
| | **100-199 Series: Maps/Diagrams & Photographs** | | | | |
| 100 | Map Identifying the Restricted Area on U.S. Capitol Grounds on January 6, 2021 | 4/5/22 | 4/5/22 | John Erickson | |
| 101 | Photograph of west side of U.S. Capitol grounds with snow fencing and "area closed" signs | 4/5/22 | 4/5/22 | | |
| 102 | Close-up of "area closed" sign | 4/5/22 | 4/5/22 | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 103 | "Area closed" signs near USCP car (screenshot from Exhibit 313, IMG_0966.MOV) | 4/5/2022 | 4/5/2022 | John Erickson | ✗ |
| 104 | "Area closed" signs on green snow fencing (screenshot from Exhibit 313, IMG_0966.MOV) | '' | '' | John Erickson | |
| 105 | Selfie-style photograph of Defendant outside the Capitol | '' | '' | Travis Taylor | |
| 106 | Selfie-style photograph of Defendant outside the Capitol (2) | '' | '' | Travis Taylor | |
| 107 | Photograph of Red "Trump" Mask | '' | '' | Travis Taylor | |
| 108 | Photograph of "Trump / Pence 2020" flag | '' | '' | Travis Taylor | |
| 109 | Photograph of Camouflage Baseball Cap with Orange Lettering – Front View | '' | '' | Travis Taylor | |
| 110 | Photograph of Camouflage Baseball Cap with Orange Lettering – Right Side View | '' | '' | Travis Taylor | |
| 111 | Photograph of Camouflage Baseball Cap with Orange Lettering – Left Side View | '' | '' | Travis Taylor | |
| 112 | Photograph of JW Marriott Room Service Receipts: January 5, 2021 at 8:56 p.m. and January 7, 2021 at 8:19 a.m. | '' | '' | Travis Taylor | |
| 113 | Photograph of Parking Receipt from Albuquerque, New Mexico Airport: Entry on January 5, 2021 at 9:52 a.m.; exit on January 7, 2021 at 6:51 p.m. | '' | '' | Travis Taylor | |
| 114 | Photograph File from Defendant's Phone, file IMG_0982.JPG – Suspected Blood on Concrete Timestamp 3:33 p.m. ET | '' | '' | Travis Taylor | |
| 115 | Text message chain between Matthew Martin and Amy Lewis | '' | '' | Travis Taylor, Matthew Martin | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| | | | | | ✗ |
| 116 | Text message chain between Matthew Martin and Angelica Hernandez | 4/5/2022 | 4/5/2022 | Travis Taylor | |
| 117 | Facebook Post Regarding Defendant's Statements at Airport on March 20, 2022 | | | | |
| | | | | | |
| | **200-299 Series: Documents/Reports** | | | | |
| 200 | Defendant's Consent to Search of his Phone, dated April 22, 2022 | | | | |
| 201 | Documentation of Return of Defendant's Phone to his Attorney on May 15, 2022 | | | | |
| 202 | Transcript of Testimony from USCP Insp. John Erickson, March 21, 2022 | 4/5/2022 | 4/5/2022 | | |
| 203 | Transcript of Testimony from Lanelle Hawa, March 21, 2022 | 4/5/2022 | 4/5/2022 | | |
| 204 | Transcript of Recording of FBI Interview with Defendant on January 15, 2021 | | | | |
| 205 | U.S. Constitution, Article II, Section 1 | 4/5/22 | 4/5/22 | | |
| 206 | U.S. Constitution, Amend. XII | " | " | | |
| 207 | Title 3, United States Code, § 15 | " | " | | |
| 208 | Title 3, United States Code, § 16 | " | " | | |
| 209 | Title 3, United States Code, § 17 | " | " | | |
| 210 | Title 3, United States Code, § 18 | " | " | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 211 | S. Con. Res. 1, dated Jan. 3, 2021 | 4/5/22 | 4/5/22 | | X |
| 212 | Email from Lanelle Hawa | " | " | | |
| | | | | | |
| | **300-399 Series: Audio/Video** | | | | |
| 300 | Montage of Video Footage from USCP Security Cameras on January 6, 2021 | 4/5/22 | 4/5/22 | John Erickson | |
| 301 | Montage of Video Footage from the U.S. House and Senate on January 6, 2021 | " | " | John Erickson | |
| 302 | Video Footage from USCP Camera – East Front beginning at 1:58:40 p.m. | " | " | | |
| 303 | Video footage from USCP Camera 0686 beginning at 03:00 p.m. | " | " | Travis Taylor<br>Matthew Martin | |
| 304 | Video footage from USCP Camera 7029 beginning at 03:02:45 p.m. | " | " | Travis Taylor | |
| 305 | Video footage from USCP Camera 0959 beginning at 03:00 p.m. | " | " | Travis Taylor | |
| 306 | Video footage from USCP Camera 0960 beginning at 03:00 p.m. | " | " | Travis Taylor<br>Matthew Martin | |
| 307 | Video footage from USCP Camera 7029 beginning at 03:11:42 p.m. | " | " | Travis Taylor | |
| 308 | Video File from Defendant's Phone, file IMG_0953.MOV – National Mall Timestamp 8:15 a.m. ET | " | " | Travis Taylor | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 309 | Video File from Defendant's Phone, file IMG_0961.MOV – View from J.W. Marriott of 14th Street and Pennsylvania Avenue NW<br>Timestamp 1:52 p.m. ET | 4/5/22 | 4/5/22 | Travis Taylor | ✗ |
| 310 | Video File from Defendant's Phone, file IMG_0962.MOV – View from Within the 400 block of Pennsylvania Avenue NW<br>Timestamp 2:23 p.m. ET | " | " | John Erickson<br>Travis Taylor | |
| 311 | Video File from Defendant's Phone, file IMG_0963.MOV – Federal Protective Service Vehicles & Sirens (1)<br>Timestamp 2:27 p.m. ET | " | " | John Erickson<br>Travis Taylor | |
| 312 | Video File from Defendant's Phone, file IMG_0964.MOV – Federal Protective Service Vehicles & Sirens (2)<br>Timestamp 2:28 p.m. ET | " | " | John Erickson<br>Travis Taylor | |
| 313 | Video File from Defendant's Phone, file IMG_0966.MOV – West Side of U.S. Capitol, "Area Closed" Signs (1)<br>Timestamp 2:39 p.m. ET | " | " | John Erickson<br>Travis Taylor | |
| 314 | Video File from Defendant's Phone, file IMG_0967.MOV – West Side of U.S. Capitol, "Area Closed" Signs (2)<br>Timestamp Unknown | " | " | John Erickson<br>Travis Taylor | |
| 315 | Video File from Defendant's Phone, file IMG_0970.MOV – East side of Capitol, Outside<br>Timestamp 2:49 p.m. ET | " | " | John Erickson<br>Travis Taylor | |
| 316 | Video File from Defendant's Phone, file IMG_0971.MOV – Rotunda Doors, Outside<br>Timestamp 2:54 p.m. ET | " | " | John Erickson<br>Travis Taylor | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 317 | Video File from Defendant's Phone, file IMG_0972.MOV – Rotunda Doors, Outside Timestamp 2:55 p.m. ET | 4/5/22 | 4/5/22 | Travis Taylor | ✗ |
| 318 | Video File from Defendant's Phone, file IMG_0974_1.MOV – Entering the Capitol Timestamp 3:02 p.m. ET | " | " | John Erickson Travis Taylor Matthew Martin | |
| 319 | Video File from Defendant's Phone, file IMG_0975.MOV – Entering the Rotunda Timestamp 3:03 p.m. ET | " | " | John Erickson Travis Taylor Matthew Martin | |
| 320 | Video File from Defendant's Phone, file IMG_0976.MOV – Inside the Rotunda Timestamp 3:04 p.m. ET | " | " | John Erickson Travis Taylor Matthew Martin | |
| 321 | Video File from Defendant's Phone, file IMG_0977.MOV – Inside the Rotunda – Police Presence Timestamp 3:05 p.m. ET | " | " | John Erickson Travis Taylor Matthew Martin | |
| 322 | Video File from Defendant's Phone, file IMG_0978.MOV – Inside the Rotunda – Police Presence Timestamp 3:06 p.m. ET | " | " | John Erickson Travis Taylor Matthew Martin | |
| 323 | Video File from Defendant's Phone, file IMG_0983.MOV – View of Senate Side Exterior Timestamp 4:03 p.m. ET | " | " | Travis Taylor | |
| 324 | Video File from Defendant's Phone, file IMG_0985.MOV – View from Senate Side Terrace (1) Timestamp Unknown | " | " | Travis Taylor Matthew Martin | |
| 325 | Video File from Defendant's Phone, file IMG_0986.MOV – View from Senate Side Terrace (2) Timestamp Unknown | " | " | Travis Taylor Matthew Martin | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 326 | Video File from Defendant's Phone, file IMG_0987.MOV – View from Senate Side Terrace (3) Timestamp Unknown | 4/5/22 | 4/5/22 | Travis Taylor Matthew Martin | |
| 327 | Video File from Defendant's Phone, file IMG_0988.MOV – View of Peace Circle Timestamp 4:22 p.m. ET | " | " | Travis Taylor | |
| 328 | Video File from Defendant's Phone, file IMG_0991.MOV – View from J.W. Marriott of Lighted Police Vehicles on 14th Street NW Timestamp 8:19 p.m. ET | " | " | Travis Taylor | |
| 329 | Body-Worn Camera Footage of Officer Jonathan Monroe on January 6, 2021 | " | " | Jonathan Monroe | |
| 330 | Recording of FBI Interview with Defendant on January 15, 2021 | " | " | Travis Taylor Matthew Martin | |
| 331 | Audio Recording of Transfer of Defendant to the U.S. District Court on April 22, 2021 | | | | |
| | | | | | |
| | **400-499 Series: Stipulations** | | | | |
| 400 | Stipulation Regarding the Capitol Building and Grounds | 4/5/22 | 4/5/22 | | |
| 401 | Stipulation Regarding the Certification of the Electoral College Vote | " | " | | |
| 402 | Stipulation Regarding United States Capitol Police Closed Circuit Video Monitoring | " | " | | |
| 403 | Stipulation Regarding Data from Defendant's Cellular Telephone | " | " | | |
| 404 | Stipulation Regarding Trial Transcripts from John Erickson and Lanelle Hawa | " | " | | |