| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ✔ |
| Joint | ☐ |
| Court | ☐ |

United States
VS.
Matthew Martin

Civil/Criminal No. 21-CR-394 (TNM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | December 19, 2021 Tweet from @realDonaldTrump | 4/5/2022 | 4/5/2022 | Matthew Martin | |
| 2 | Southwest Airline Ticket for Matthew Martin | 4/5/2022 | 4/5/2022 | | |
| 3 | Hat worn by Matthew Martin on January 6, 2021 | 4/5/2022 | 4/5/2022 | | |
| 4 | Coat worn by Matthew Martin on January 6, 2021 | 4/5/2022 | 4/5/2022 | | |
| 5 | COVID mask worn by Matthew Martin on January 6, 2021 | 4/5/2022 | 4/5/2022 | | |
| 6 | Flag carried by Matthew Martin on January 6, 2021 | 4/5/2022 | 4/5/2022 | | |
| 7 | Flag pole carried by Matthew Martin on January 6, 2021 | 4/5/2022 | 4/5/2022 | | |
| 8 | JW Marriott Washington DC Room Service tickets from January 5 and January 7, 2021 | 4/5/2022 | 4/5/2022 | | |
| 9 | JW Marriott Summary of Charges | 4/5/2022 | 4/5/2022 | | |
| 10 | Receipt for parking at the Albuquerque Airport | 4/5/2022 | 4/5/2022 | | |

| Government | ☐ | United States | | |
|---|---|---|---|---|
| Plaintiff | ☐ | VS. | | Civil/Criminal No. 21-CR-394 (TNM) |
| Defendant | ✔ | | | |
| Joint | ☐ | Matthew Martin | | |
| Court | ☐ | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11 | Approaching Capitol.mov Video | 4/5/2022 | 4/5/2022 | John Erickson Matthew Martin | |
| 12 | Bike racks between two snow fences photo | | | | |
| 13 | Bike rack Photo | 4/5/2022 | 4/5/2022 | Matthew Martin | |
| 14 | Police Line Sign Photo | | | | |
| 15 | Steps leading to the northeast corner of the Capitol | 4/5/2022 | 4/5/2022 | Matthew Martin | |
| 16 | East Side.mov Video | 4/5/2022 | 4/5/2022 | Matthew Martin | |
| 17 | Rotunda.mov Video | 4/5/2022 | 4/5/2022 | Matthew Martin | |
| 18 | Rotunda entrance photo | 4/5/2022 | 4/5/2022 | Matthew Martin | |
| 19 | Focus - Rotunda Door.mov Video | 4/5/2022 | 4/5/2022 | Matthew Martin | |
| 20 | Matthew Martin carrying flag inside Capitol building photo | | | | |

| | | |
|---|---|---|
| Government | ☐ | |
| Plaintiff | ☐ | |
| Defendant | ✔ | |
| Joint | ☐ | |
| Court | ☐ | |

United States
VS.
Matthew Martin

Civil/Criminal No. 21-CR-394 (TNM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 21 | Matthew Martin carrying flag inside Capitol Rotunda photo | 4/5/2021 | 4/5/2021 | Matthew Martin | |
| 22 | Matthew Martin carrying flag on sidewalk on the way to Capitol photo | | | | |
| 23 | Leaving.mov Video | 4/5/2022 | 4/5/2022 | Matthew Martin | |
| 24 | January 15, 2021 Transcript of FBI Interview of Matthew Martin | | | | |
| 25 | Jamie Raskin remarks from January 6, 2021 and C-Span Documentation | 4/5/2022 | 4/5/2022 | Matthew Martin | |
| 26 | Certification Page of January 15, 2021 Transcript of FBI Interview of Matthew Martin | | | | |
| 27 | Walkway leading to steps of Northeast Corner of Capitol Photo | 4/5/2022 | 4/5/2022 | Matthew Martin | |
| 28 | CAPD_0001673 Photo of North Side of Capitol | | | | |
| 29 | CAPD_0001671 Photo of East Side of Capitol | | | | |
| 30 | Map depicting the streets between the White House and U.S. Capitol | | | | |

| | | |
|---|---|---|
| Government ☐ | United States | |
| Plaintiff ☐ | VS. | Civil/Criminal No. 21-CR-394 (TNM) |
| Defendant ☑ | Matthew Martin | |
| Joint ☐ | | |
| Court ☐ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 31 | Rotunda Flag Waiving Video | | | | |
| 32 | Video recorded by Matt Martin at 1:52 p.m. on January 6, 2021 | | | | |
| 33 | Video recorded by Matt Martin at 2:23 p.m. on January 6, 2021 | 4/5/2022 | 4/5/2022 | Matthew Martin | |
| 34 | Video recorded by Matt Martin at 4:22 p.m. on January 6, 2021 | | | | |
| 35 | Video recorded by Matt Martin at 3:19 p.m. on January 6, 2021 | | | | |
| 36 | Text exchange between Matthew Martin and Angelica Hernandez on January 6, 2021 | | | | |
| 37 | Timeline | | | | |
| 38 | | | | | |
| 39 | | | | | |
| 40 | | | | | |