UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) ) ) |
| V. | ) ) CRIMINAL CASE NO. 21-394 (TNM) |
| MATTHEW MARTIN | ) ) ) |
| Defendant | ) |

## JOINT ACKNOWLEDGMENT CONCERNING TRIAL EXHIBITS

Counsel acknowledge that they have jointly reviewed the exhibits that were admitted into evidence with the courtroom deputy and have agreed on what exhibits will be submitted to the jury during deliberations.

**Plaintiff:**

Exhibits: _See attached_

_[signature]_
Attorney for the plaintiff

Date: 4/6/2022

**Defendant:**

Exhibits: _See Attached_

_[signature]_
Attorney for the defendant

Date: 4/6/22

| Government | ✓ | | United States | | |
|---|---|---|---|---|---|
| Plaintiff | ☐ | | VS. | | Criminal No. 21-CR-394 (TNM) |
| Defendant | ☐ | | Matthew Martin | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

## GOVERNMENT'S EXHIBIT LIST

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| | **00-99 Series: Physical Evidence** | | | | |
| 1 | Camouflage Baseball Cap with Orange Lettering | 4/5/22 | 4/5/22 | Travis Taylor | |
| 2 | "Trump / Pence 2020" Flag | 4/5/22 | 4/5/22 | | |
| 3 | Flagpole | 4/5/22 | 4/5/22 | Travis Taylor | |
| 4 | Red "Trump" Mask | 4/5/22 | 4/5/22 | | |
| 5 | Black Leather Jacket | 4/5/22 | 4/5/22 | | |
| | | | | | |
| | **100-199 Series: Maps/Diagrams & Photographs** | | | | |
| 100 | Map Identifying the Restricted Area on U.S. Capitol Grounds on January 6, 2021 | 4/5/22 | 4/5/22 | John Erickson | |
| 101 | Photograph of west side of U.S. Capitol grounds with snow fencing and "area closed" signs | 4/5/22 | 4/5/22 | | |
| 102 | Close-up of "area closed" sign | 4/5/22 | 4/5/22 | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 103 | "Area closed" signs near USCP car (screenshot from Exhibit 313, IMG_0966.MOV) | 4/5/2022 | 4/5/2022 | John Erickson | ✗ |
| 104 | "Area closed" signs on green snow fencing (screenshot from Exhibit 313, IMG_0966.MOV) | " | " | John Erickson | |
| 105 | Selfie-style photograph of Defendant outside the Capitol | " | " | Travis Taylor | |
| 106 | Selfie-style photograph of Defendant outside the Capitol (2) | " | " | Travis Taylor | |
| 107 | Photograph of Red "Trump" Mask | " | " | Travis Taylor | |
| 108 | Photograph of "Trump / Pence 2020" flag | " | " | Travis Taylor | |
| 109 | Photograph of Camouflage Baseball Cap with Orange Lettering – Front View | " | " | Travis Taylor | |
| 110 | Photograph of Camouflage Baseball Cap with Orange Lettering – Right Side View | " | " | Travis Taylor | |
| 111 | Photograph of Camouflage Baseball Cap with Orange Lettering – Left Side View | " | " | Travis Taylor | |
| 112 | Photograph of JW Marriott Room Service Receipts: January 5, 2021 at 8:56 p.m. and January 7, 2021 at 8:19 a.m. | " | " | Travis Taylor | |
| 113 | Photograph of Parking Receipt from Albuquerque, New Mexico Airport: Entry on January 5, 2021 at 9:52 a.m.; exit on January 7, 2021 at 6:51 p.m. | " | " | Travis Taylor | |
| 114 | Photograph File from Defendant's Phone, file IMG_0982.JPG – Suspected Blood on Concrete Timestamp 3:33 p.m. ET | " | " | Travis Taylor | |
| 115 | Text message chain between Matthew Martin and Amy Lewis | " | " | Travis Taylor, Matthew Martin | |

2

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 116 | Text message chain between Matthew Martin and Angelica Hernandez | 4/5/2022 | 4/5/2022 | Travis Taylor | |
| 117 | Facebook Post Regarding Defendant's Statements at Airport on March 20, 2022 | | | | |
| | **200-299 Series: Documents/Reports** | | | | |
| 200 | Defendant's Consent to Search of his Phone, dated April 22, 2022 | | | | |
| 201 | Documentation of Return of Defendant's Phone to his Attorney on May 15, 2022 | | | | |
| 202 | Transcript of Testimony from USCP Insp. John Erickson, March 21, 2022 | 4/5/2022 | 4/5/2022 | | |
| 203 | Transcript of Testimony from Lanelle Hawa, March 21, 2022 | 4/5/2022 | 4/5/2022 | | |
| 204 | Transcript of Recording of FBI Interview with Defendant on January 15, 2021 | | | | |
| 205 | U.S. Constitution, Article II, Section 1 | 4/5/22 | 4/5/22 | | |
| 206 | U.S. Constitution, Amend. XII | " | " | | |
| 207 | Title 3, United States Code, § 15 | " | " | | |
| 208 | Title 3, United States Code, § 16 | " | " | | |
| 209 | Title 3, United States Code, § 17 | " | " | | |
| 210 | Title 3, United States Code, § 18 | " | " | | |

3

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| | | | | | ✗ |
| 211 | S. Con. Res. 1, dated Jan. 3, 2021 | 4/5/22 | 4/5/22 | | |
| 212 | Email from Lanelle Hawa | " | " | | |
| | **300-399 Series: Audio/Video** | | | | |
| 300 | Montage of Video Footage from USCP Security Cameras on January 6, 2021 | 4/5/22 | 4/5/22 | John Erickson | |
| 301 | Montage of Video Footage from the U.S. House and Senate on January 6, 2021 | " | " | John Erickson | |
| 302 | Video Footage from USCP Camera – East Front beginning at 1:58:40 p.m. | " | " | | |
| 303 | Video footage from USCP Camera 0686 beginning at 03:00 p.m. | " | " | Travis Taylor Matthew Martin | |
| 304 | Video footage from USCP Camera 7029 beginning at 03:02:45 p.m. | " | " | Travis Taylor | |
| 305 | Video footage from USCP Camera 0959 beginning at 03:00 p.m. | " | " | Travis Taylor | |
| 306 | Video footage from USCP Camera 0960 beginning at 03:00 p.m. | " | " | Travis Taylor Matthew Martin | |
| 307 | Video footage from USCP Camera 7029 beginning at 03:11:42 p.m. | " | " | Travis Taylor | |
| 308 | Video File from Defendant's Phone, file IMG_0953.MOV – National Mall Timestamp 8:15 a.m. ET | " | " | Travis Taylor | |

4

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 309 | Video File from Defendant's Phone, file IMG_0961.MOV – View from J.W. Marriott of 14th Street and Pennsylvania Avenue NW<br>Timestamp 1:52 p.m. ET | 4/5/22 | 4/5/22 | Travis Taylor | ✗ |
| 310 | Video File from Defendant's Phone, file IMG_0962.MOV – View from Within the 400 block of Pennsylvania Avenue NW<br>Timestamp 2:23 p.m. ET | " | " | John Erickson<br>Travis Taylor | |
| 311 | Video File from Defendant's Phone, file IMG_0963.MOV – Federal Protective Service Vehicles & Sirens (1)<br>Timestamp 2:27 p.m. ET | " | " | John Erickson<br>Travis Taylor | |
| 312 | Video File from Defendant's Phone, file IMG_0964.MOV – Federal Protective Service Vehicles & Sirens (2)<br>Timestamp 2:28 p.m. ET | " | " | John Erickson<br>Travis Taylor | |
| 313 | Video File from Defendant's Phone, file IMG_0966.MOV – West Side of U.S. Capitol, "Area Closed" Signs (1)<br>Timestamp 2:39 p.m. ET | " | " | John Erickson<br>Travis Taylor | |
| 314 | Video File from Defendant's Phone, file IMG_0967.MOV – West Side of U.S. Capitol, "Area Closed" Signs (2)<br>Timestamp Unknown | " | " | John Erickson<br>Travis Taylor | |
| 315 | Video File from Defendant's Phone, file IMG_0970.MOV – East side of Capitol, Outside<br>Timestamp 2:49 p.m. ET | " | " | John Erickson<br>Travis Taylor | |
| 316 | Video File from Defendant's Phone, file IMG_0971.MOV – Rotunda Doors, Outside<br>Timestamp 2:54 p.m. ET | " | " | John Erickson<br>Travis Taylor | |

5

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 317 | Video File from Defendant's Phone, file IMG_0972.MOV – Rotunda Doors, Outside Timestamp 2:55 p.m. ET | 4/5/22 | 4/5/22 | Travis Taylor | ✗ |
| 318 | Video File from Defendant's Phone, file IMG_0974_1.MOV – Entering the Capitol Timestamp 3:02 p.m. ET | " | " | John Erickson Travis Taylor Matthew Martin | |
| 319 | Video File from Defendant's Phone, file IMG_0975.MOV – Entering the Rotunda Timestamp 3:03 p.m. ET | " | " | John Erickson Travis Taylor Matthew Martin | |
| 320 | Video File from Defendant's Phone, file IMG_0976.MOV – Inside the Rotunda Timestamp 3:04 p.m. ET | " | " | John Erickson Travis Taylor Matthew Martin | |
| 321 | Video File from Defendant's Phone, file IMG_0977.MOV – Inside the Rotunda – Police Presence Timestamp 3:05 p.m. ET | " | " | John Erickson Travis Taylor Matthew Martin | |
| 322 | Video File from Defendant's Phone, file IMG_0978.MOV – Inside the Rotunda – Police Presence Timestamp 3:06 p.m. ET | " | " | John Erickson Travis Taylor Matthew Martin | |
| 323 | Video File from Defendant's Phone, file IMG_0983.MOV – View of Senate Side Exterior Timestamp 4:03 p.m. ET | " | " | Travis Taylor | |
| 324 | Video File from Defendant's Phone, file IMG_0985.MOV – View from Senate Side Terrace (1) Timestamp Unknown | " | " | Travis Taylor Matthew Martin | |
| 325 | Video File from Defendant's Phone, file IMG_0986.MOV – View from Senate Side Terrace (2) Timestamp Unknown | " | " | Travis Taylor Matthew Martin | |

6

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 326 | Video File from Defendant's Phone, file IMG_0987.MOV – View from Senate Side Terrace (3) Timestamp Unknown | 4/5/22 | 4/5/22 | Travis Taylor Matthew Martin | |
| 327 | Video File from Defendant's Phone, file IMG_0988.MOV – View of Peace Circle Timestamp 4:22 p.m. ET | " | " | Travis Taylor | |
| 328 | Video File from Defendant's Phone, file IMG_0991.MOV – View from J.W. Marriott of Lighted Police Vehicles on 14th Street NW Timestamp 8:19 p.m. ET | " | " | Travis Taylor | |
| 329 | Body-Worn Camera Footage of Officer Jonathan Monroe on January 6, 2021 | " | " | Jonathan Monroe | |
| 330 | Recording of FBI Interview with Defendant on January 15, 2021 | " | " | Travis Taylor Matthew Martin | |
| 331 | Audio Recording of Transfer of Defendant to the U.S. District Court on April 22, 2021 | | | | |
| | | | | | |
| | **400-499 Series: Stipulations** | | | | |
| 400 | Stipulation Regarding the Capitol Building and Grounds | 4/5/22 | 4/5/22 | | |
| 401 | Stipulation Regarding the Certification of the Electoral College Vote | " | " | | |
| 402 | Stipulation Regarding United States Capitol Police Closed Circuit Video Monitoring | " | " | | |
| 403 | Stipulation Regarding Data from Defendant's Cellular Telephone | " | " | | |
| 404 | Stipulation Regarding Trial Transcripts from John Erickson and Lanelle Hawa | " | " | | |

7

| | | United States | | |
|---|---|---|---|---|
| Government | ☐ | VS. | | Civil/Criminal No. 21-CR-394 (TNM) |
| Plaintiff | ☐ | | | |
| Defendant | ✔ | Matthew Martin | | |
| Joint | ☐ | | | |
| Court | ☐ | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | December 19, 2021 Tweet from @realDonaldTrump | 4/5/2022 | 4/5/2022 | Matthew Martin | |
| 2 | Southwest Airline Ticket for Matthew Martin | 4/5/2022 | 4/5/2022 | | |
| 3 | Hat worn by Matthew Martin on January 6, 2021 | 4/5/2022 | 4/5/2022 | | |
| 4 | Coat worn by Matthew Martin on January 6, 2021 | 4/5/2022 | 4/5/2022 | | |
| 5 | COVID mask worn by Matthew Martin on January 6, 2021 | 4/5/2022 | 4/5/2022 | | |
| 6 | Flag carried by Matthew Martin on January 6, 2021 | 4/5/2022 | 4/5/2022 | | |
| 7 | Flag pole carried by Matthew Martin on January 6, 2021 | 4/5/2022 | 4/5/2022 | | |
| 8 | JW Marriott Washington DC Room Service tickets from January 5 and January 7, 2021 | 4/5/2022 | 4/5/2022 | | |
| 9 | JW Marriott Summary of Charges | 4/5/2022 | 4/5/2022 | | |
| 10 | Receipt for parking at the Albuquerque Airport | 4/5/2022 | 4/5/2022 | | |

| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ✔ |
| Joint | ☐ |
| Court | ☐ |

United States
_____
VS.
_____
Matthew Martin

Civil/Criminal No. 21-CR-394 (TNM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11 | Approaching Capitol.mov Video | 4/5/2022 | 4/5/2022 | John Erickson Matthew Martin | |
| 12 | Bike racks between two snow fences photo | | | | |
| 13 | Bike rack Photo | 4/5/2022 | 4/5/2022 | Matthew Martin | |
| 14 | Police Line Sign Photo | | | | |
| 15 | Steps leading to the northeast corner of the Capitol | 4/5/2022 | 4/5/2022 | Matthew Martin | |
| 16 | East Side.mov Video | 4/5/2022 | 4/5/2022 | Matthew Martin | |
| 17 | Rotunda.mov Video | 4/5/2022 | 4/5/2022 | Matthew Martin | |
| 18 | Rotunda entrance photo | 4/5/2022 | 4/5/2022 | Matthew Martin | |
| 19 | Focus - Rotunda Door.mov Video | 4/5/2022 | 4/5/2022 | Matthew Martin | |
| 20 | Matthew Martin carrying flag inside Capitol building photo | | | | |

| | | United States VS. Matthew Martin | | Civil/Criminal No. 21-CR-394 (TNM) |
|---|---|---|---|---|
| Government | ☐ | | | |
| Plaintiff | ☐ | | | |
| Defendant | ☑ | | | |
| Joint | ☐ | | | |
| Court | ☐ | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 21 | Matthew Martin carrying flag inside Capitol Rotunda photo | 4/5/2021 | 4/5/2021 | Matthew Martin | |
| 22 | Matthew Martin carrying flag on sidewalk on the way to Capitol photo | | | | |
| 23 | Leaving.mov Video | 4/5/2022 | 4/5/2022 | Matthew Martin | |
| 24 | January 15, 2021 Transcript of FBI Interview of Matthew Martin | | | | |
| 25 | Jamie Raskin remarks from January 6, 2021 and C-Span Documentation | 4/5/2022 | 4/5/2022 | Matthew Martin | |
| 26 | Certification Page of January 15, 2021 Transcript of FBI Interview of Matthew Martin | | | | |
| 27 | Walkway leading to steps of Northeast Corner of Capitol Photo | 4/5/2022 | 4/5/2022 | Matthew Martin | |
| 28 | CAPD_0001673 Photo of North Side of Capitol | | | | |
| 29 | CAPD_0001671 Photo of East Side of Capitol | | | | |
| 30 | Map depicting the streets between the White House and U.S. Capitol | | | | |

| | | United States | | | | |
|---|---|---|---|---|---|---|
| Government | ☐ | VS. | | | Civil/Criminal No. | 21-CR-394 (TNM) |
| Plaintiff | ☐ | | | | | |
| Defendant | ✔ | Matthew Martin | | | | |
| Joint | ☐ | | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 31 | Rotunda Flag Waiving Video | | | | |
| 32 | Video recorded by Matt Martin at 1:52 p.m. on January 6, 2021 | | | | |
| 33 | Video recorded by Matt Martin at 2:23 p.m. on January 6, 2021 | 4/5/2022 | 4/5/2022 | Matthew Martin | |
| 34 | Video recorded by Matt Martin at 4:22 p.m. on January 6, 2021 | | | | |
| 35 | Video recorded by Matt Martin at 3:19 p.m. on January 6, 2021 | | | | |
| 36 | Text exchange between Matthew Martin and Angelica Hernandez on January 6, 2021 | | | | |
| 37 | Timeline | | | | |
| 38 | | | | | |
| 39 | | | | | |
| 40 | | | | | |

Note: "EXHIBITS SENT INTO JURY" column is crossed out with an X.