AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ COLUMBIA

UNITED STATES OF AMERICA

V.

MATTHEW MARTIN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 21-cr-394 (TNM)

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Trevor N. McFadden                    U.S. District Judge
Name of Judge                          Title of Judge

4/6/22
Date